# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

2008 MAY 19 PM 2:45

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: **'08 MJ 1566**

The person charged as __ROBINSON, Albert D.__ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the __Central__ District of __California__ on __05/11/99__ with: __Title 18 USC 3583__ in violation of:

**Violation of the conditions of his supervision imposed by the court.**

The charging documents and the warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: __05/19/08__

__Robert Johnson__
CI - Deputy United States Marshal

Reviewed and Approved

DATE:

_[signature]_

Assistant United States Attorney

FUA 89481
99760-02
9/2/1?

UNITED STATES PROBATION OFFICE
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff vs. | CR-92-00763 |
| ALBERT D. ROBINSON Defendant | WARRANT FOR ARREST OF SUPERVISED RELEASE VIOLATOR |

RECEIVED 99 MAY 11 AM 03
U.S. MARSHALS SERVICE
LOS ANGELES CALIF.

TO: ANY UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER WITHIN THE UNITED STATES OF AMERICA.

You are hereby commanded to arrest __Albert D. Robinson__ and bring him forthwith before the United States District Court for the Central District of California in the city of Los Angeles to answer to charges that he violated the conditions of __supervised release__ imposed by the United States District Court for the Central District of California on __March 1, 1993__.

Bail fixed at $_____. As a condition of being released on bond the defendant is ordered to contact the U. S. Probation Officer/Pre-Trial Service Officer in the location nearest to his arrest or, in the alternative, the U. S. Probation Officer in Los Angeles immediately upon his release from custody.

Date: __5/11__, 19__99__.

CLERK, U.S. DISTRICT COURT
By _____
Deputy Clerk

RETURN

District of _____ ss

Received the within warrant this _____ day of _____, 19____ and executed same.

By_____

WARRANT FOR ARREST OF SUPERVISED RELEASE VIOLATOR

CR-54 (6/96)

PROB 12
(Rev. 3/88)



# United States District Court

for

CENTRAL DISTRICT OF CALIFORNIA

U.S.A VS. ALBERT D. ROBINSON                                        Docket No. 92-00763

Petition on Probation and Supervised Release (Bench Warrant)

COMES NOW ROBERT M. LATTA, CHIEF PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of <u>Albert D. Robinson</u> who was placed on supervision by the Honorable <u>TERRY J. HATTER, JR.</u> sitting in the court at <u>Los Angeles</u>, on the <u>1st</u> day of <u>March</u>, <u>1993</u> who fixed the period of supervision at <u>three years</u>, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

(SEE ATTACHED COPY/COPIES OF JUDGMENT AND PROBATIONARY ORDER/ORDERS.)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

It is alleged that the above-named supervised releasee has violated the terms and conditions of supervision to wit:

Having been ordered by the Court to reside at Impact Residential Drug Treatment Program until discharged by the Program Director with the approval of the Probation Officer, Albert D. Robinson was disfavorably discharged from the program on April 16, 1999 for violation of the program rules.

CLERK, U.S. DISTRICT COURT

MAY - 7 1999

PRAYING THAT THE COURT WILL ORDER issuance of a bench warrant addressed to any United States Marshal or any other authorized officer within the United States of America, requiring the detention and return of Albert Devinson Robinson before the United States District Court at Los Angeles, California, to show cause why the supervision order, heretofore entered, should not be revoked.

MAY 1 1999

OCM

ORDER OF COURT

Considered and ordered this 7th day of May, 1999 and ordered filed and made a part of the records in the above case.

Terry J. Hatter Jr.

Chief United States District Judge
TERRY J. HATTER, JR.

Respectfully,

Jennifer L. Smith
JENNIFER L. SMITH
U. S. Probation Officer

Place INGLEWOOD, CA

Approved: Carol L. Jones
CAROL L. JONES
Supervising U.S. Probation Officer

Date  May 6, 1999